**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RODRIGUES PRUITT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:11-mc-00031** |
| | ) | **Judge Campbell** |
| **JERRY LESTER, Warden, and** | ) | |
| **ATTORNEY GENERAL OF THE** | ) | |
| **STATE OF TENNESSEE,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## O R D E R

The court has received a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. (Docket No. 1). The petitioner is a prisoner in the Turney Center Industrial Complex in Only, Tennessee. He has also filed a motion for appointment of counsel. (Docket No. 2).

The petitioner has not paid the five dollar ($5.00) fee to file a petition for a writ of *habeas corpus* as required under 28 U.S.C. § 1914(a). Neither has he submitted an application to proceed *in forma pauperis* in lieu thereof.

The petitioner is directed within thirty (30) days of the date of entry of this order either to pay the $5.00 filing fee, or submit an application to proceed *in forma pauperis*. The petitioner is forewarned that his petition will not be filed until he does one or the other.

The Clerk is **DIRECTED** to return the file to the staff attorneys for initial review under Rule 4, Rules – Section 2254 Cases when the petitioner has complied with this order.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge